Case 3:03-cr-30030-RGJ-KLH Document 49 Filed 07/19/2007 Page 1 of 8 PageID #: 110
Case 3:03-cr-30030-RGJ-KLH Document 50 Filed 08/01/07 Page 1 of 3

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL 1 9 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY
       SHREVEPORT

RECEIVED
IN MONROE, LA

AUG 0 1 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

UNITED STATES OF AMERICA * CASE NO. 03-30030

VERSUS * JUDGE JAMES

BONNIE FAY BRIGGS * MAGISTRATE JUDGE HAYES
    Defendant

AND

ST. FRANCIS MEDICAL CENTER, INC.
AND ITS SUCCESSORS OR ASSIGNS
    Garnishee

## GARNISHEE ORDER

A Writ of Continuing Garnishment, directed to Garnishee, St. Francis Medical Center, Inc., and its successors or assigns, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on June 29, 2007, stating that at the time of the service of the Writ it had in its possession or under its control personal property belonging to and due defendant, in the form of wages, that the defendant is paid on a bi-weekly basis.

On April 20, 2007, the defendant was notified of her right to a hearing and has not requested a hearing to determine exempt property.

IT IS ORDERED that pursuant to 28 U.S.C. §3205 and 15 U.S.C. §1673(a) Garnishee and its successors or assigns pay into the hands of the United States Attorney, for each and every pay period that the defendant, Bonnie Fay Briggs, is employed by Garnishee and its successors or assigns and is due wages, the **lesser** of:

1. Twenty-five percent (25%) of defendant's disposable earnings; or

2. All amounts of defendant's disposable earnings in excess of thirty times the federal minimum wage,

and that Garnishee and its successors or assigns continue said payments until the debt to plaintiff is paid in full or until the Garnishee and its successors or assigns no longer has custody, possession or control of any property belonging to defendant or until further order of this Court. Payments to the United States Attorney under this garnishment order shall be made by Garnishee and its successors or assigns' check, no less frequently than monthly, payable to the United States Clerk of Court, and mailed to the Office of the United States Clerk, 300 Fannin Street, Suite 1167, Shreveport, LA 71101-3068, or to such other address as Garnishee and its successors or assigns is directed in writing by the United States Attorney's Office.

Dated: 8/1/07    By: _____
                     United States Magistrate Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of Garnishee Order has been served upon Bonnie Fay Briggs, 106 Meadowlark Street, Rayville, LA 71269 and upon St. Francis Medical Center, Inc., Attn: Becky Hollis, Human Resources Department, Post Office Box 1901, Monroe, LA 71210, by placing same in the United States Mail, postage prepaid, first class, on this the 19th day of July, 2007.

Sheila W. Still
Financial Litigation Unit